**The People of the State of Illinois, Defendant in Error, v. Thomas L. Johnson, Jr., Plaintiff in Error.**

Gen. No. 64-52. 

Second District.

January 15, 1965.

Robert K. Skolrood, of Rockford, for appellant; William R. Nash, State's Attorney, and John W. Nielsen, Assistant State's Attorney, both of Rockford, for appellee. Opinion by PRESIDING JUSTICE ABRAHAMSON. Not to be published in full.